Vernon CEPHAS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 12, 2017

Supreme Court of Delaware.

Submitted: April 20, 2017

Decided: July 18, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1503005476 (K)

GRANTED. AFFIRMED.

Deon HIGGIN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 586, 2016

Supreme Court of Delaware.

Submitted: May 24, 2017

Decided: July 18, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1512000326 (N)

GRANTED IN PART. AFFIRMED. REMANDED.

Devon S. MUMFORD, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 123, 2017

Supreme Court of Delaware.

Submitted: June 30, 2017

Decided: July 18, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID Nos. K1104021512 and K1104020644

AFFIRMED.

Kevann D. MCCASLINE, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 544, 2016

Supreme Court of Delaware.

Submitted: May 10, 2017

Decided: July 20, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1508007463 (N)

GRANTED. REMANDED.